FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 DEC 14  PM 3: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**BRITTNEY RICKS,**

    **Plaintiff,**

vs.                                                                  CASE NO. 3:11-cv-992-J-20MCR

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 4, filed December 13, 2011). In the instant notice, Plaintiff seeks to voluntarily dismiss the current action with prejudice.

Accordingly, it is **ORDERED**:

1. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**;

2. The Clerk of the Court is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Wesley T. Ford, Esq.